JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-6833
   Facsimile:   (415) 436-7234
   Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-0027 |
|     Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) ) | |
| HERBER ORLANDO CASTRO-GOMEZ, ) ) | |
|     Defendant. ) ) | |

    On January 15, 2009, the parties appeared before the Court for an initial appearance. At that time a further status conference was set for February 5, 2009. The Court agreed to exclude all time under the Speedy Trial Act between January 15, 2009 and February 5, 2009, for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-0027 JSW     1

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: February 3, 2009      /s/
        KATHERINE B. DOWLING
        Assistant United States Attorney

DATED: February 3, 2009      /s/
        RONALD TYLER
        Attorney for Defendant

    Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from January 15, 2009 and February 5, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: February 5, 2009      /s/ Jeffrey S. White
        THE HONORABLE JEFFREY S. WHITE
        United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-0027 JSW      2