JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:    (415) 436-6833
Facsimile:    (415) 436-7234
Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0027 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| ) | |
| v. ) | |
| ) | |
| HERBER ORLANDO CASTRO-GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 26, 2009, the parties appeared before the Court for a status conference. At that time a further status conference was set for March 12, 2009. The defendant was unavailable at that time due to illness. The Court agreed to exclude all time under the Speedy Trial Act between February 26, 2009 and March 12, 2009, due to the unavailability of the defendant and for effective preparation of counsel. 18 U.S.C. § 3161(h)(3)(A) & § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance due to the uavailability of the defendant and for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-0027 JSW                                                                                                              1

SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED: March 10, 2009         /s
          KATHERINE B. DOWLING
          Assistant United States Attorney

DATED: March 10, 2009         /s
          RONALD TYLER
          Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from February 26, 2009 to March 12, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: March 10, 2009         /s/ Jeffrey S. White
          THE HONORABLE JEFFREY S. WHITE
          United States District Judge